United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI DAVIS, | ) Case No. 11-5271 SC |
| | ) |
|     Plaintiff, | ) ORDER DENYING APPLICATION |
| | ) FOR TEMPORARY RESTRAINING |
|   v. | ) ORDER AND PRELIMINARY |
| | ) INJUNCTION |
| INTEGRATED PROJECT MANAGEMENT, INC; AND DOES 1-20, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

    Now before the Court is Plaintiff Gigi Davis' ("Davis") Application for Temporary Restraining Order and Preliminary Injunction against Defendant Integrated Project Management, Inc. ("IPM"). ECF No. 3 ("Appl."). Davis brought this action challenging an allegedly illegal non-compete agreement which she entered into with IPM, her former employer. ECF No. 1 ("Compl."). Davis has declared that IPM threatened to bring suit against her if she breached the non-compete agreement. ECF No. 6 ("Davis Decl.") ¶ 13. Davis seeks to "preserve the status quo" by temporarily enjoining IPM from taking any action against her in any forum other than this Court. Appl. at 2; ECF No. 7 ("Proposed Order"). As there is no indication that IPM has actually brought suit against Davis, it is not clear what the Court would be enjoining if it were

1  to grant the Application.  Accordingly, Plaintiff Gigi Davis'
2  Application for Temporary Restraining Order and Preliminary
3  Injunction is DENIED as premature and ambiguous in the relief
4  sought.

        IT IS SO ORDERED.

        Dated: October 31, 2011       
                                      UNITED STATES DISTRICT JUDGE